<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-1813**

───────────

ADRIENNE S. VANCE; HOLLIS VANCE,

Plaintiffs – Appellants,

v.

WAL-MART STORES EAST, L.P.,

Defendant – Appellee.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.   John Preston Bailey, Chief District Judge. (2:07-cv-00101-JPB-JSK)

───────────

Submitted:  January 19, 2011          Decided:  February 4, 2011

───────────

Before AGEE, DAVIS, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Harry A. Smith, III, MCNEER HIGHLAND MCMUNN & VARNER L.C., Elkins, West Virginia, for Appellants.   Renatha S. Garner, MACCORKLE LAVENDER & SWEENEY PLLC, Charleston, West Virginia; Heather M. Noel, MACCORKLE LAVENDER & SWEENEY PLLC, Morgantown, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrienne S. Vance and Hollis Vance appeal the district court's order granting summary judgment to Defendant in this negligence action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Vance v. Wal-Mart Stores East, L.P.</u>, No. 2:07-cv-00101-JPB-JSK (N.D. W. Va. June 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>